# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-19-00408-CV
---

**Randall Dajuan Rudolph, Appellant**

**v.**

**Kara Lynn Martinez, Appellee**

---
#### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
#### NO. D-1-FM-17-007466, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING
---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 16, 2019. On October 11, 2019, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by October 21, 2019, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed for Want of Prosecution

Filed: November 27, 2019